No. RE: RM-CR-53-82
RM-JV-53-82

COURT OF APPEALS OF THE NAVAJO NATION

August 22, 1983

Felicita ERIACHO, Petitioner,

vs.

Major Robert HENDERSON, Division of Public
Safety, The Navajo Tribe, Window Rock, Arizona

and

B.I.A. LAW ENFORCEMENT AGENCY
Ramah, New Mexico, Respondents.

Casey Watchman, Esq., Donna C. Chavez, Esq., Navajo Legal Aid and
Defender Service, Window Rock, Arizona, Advocate & Attorney for
Petitioner.

The Court having received the stipulation of the parties to
dismiss this cause with prejudice and good cause finding,
THEREFORE, IT IS HEREBY ORDERED that the case against
Felicita Eriacho dismissed with prejudice and that the entire police and
jail records associated with this cause be expunged from her record.